BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JULIE C. REAGIN (CABN 167934)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    Fax: (415) 436-6570
    Email:  Julie.Reagin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NINOS GEORGE,<br><br>    Defendant,<br><br>STANFORD CONTRIBUTORY RETIREMENT PLAN ADMINISTRATOR,<br>FIDELITY INVESTMENTS,<br><br>    Garnishees. | CASE NO. CR-03-40233 CW<br><br>WRIT OF CONTINUING GARNISHMENT |

TO:    Stanford Contributory Retirement Plan Administrator
        Attention: Leslie Schlaegel, Avp Benefits
        C/O Benefits Department
        3160 Porter Drive, Suite 250
        Palo Alto, CA 94304

        Fidelity Investments
        Attn: Garnishment Department
        100 Crosby Parkway
        Covington, KY  41015

**YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE DEFENDANT-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**

The name, last known residential and mailing address, and last four digits of the social security number of the person who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this Writ are as follows:

>Ninos George
>1137 Walpert Street, Apt 93            P.O Box 673
>Hayward, CA 94541                       Newark, CA 94560
>
>Social Security Number (last four digits): XXX-XX-4723

This Writ has been issued at the request of the United States of America to enforce the collection of a criminal judgment entered in favor of the United States against the defendant for a debt in the original amount of $506,512.40. As of May 17, 2016, the total balance due on the judgment debt, on which interest does not accrue, was $120,144.70.

The following are the steps that you must take to comply with this Writ. If you have any questions, you should consult with your attorney.

1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession any property of the defendant in which the defendant has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, you must immediately withhold such property from the defendant and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property. Such property would include, but not be limited to, the Stanford Contributory Retirement Plan Account No. X6118, in the name of Ninos George, for which Fidelity Investments is the custodian.

2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within 10 days after service of this Writ upon you. You must answer the Writ even if you do not have in your custody, control, or possession, any property of the defendant. Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

   a. Whether or not you have in your custody, control, or possession, any property owned by the defendant in which the defendant has a substantial nonexempt

| | |
|---|---|
| 1 | interest, including nonexempt disposable earnings; |
| 2 | b. a description of such property and the value of such property; |
| 3 | c. a description of any previous garnishments to which such property is subject and |
| 4 | the extent to which any remaining property is not exempt; and |
| 5 | d. the amount of the debt you anticipate owing to the defendant in the future and |
| 6 | whether the period for payment will be weekly or another specified period. |

For your convenience, a form which addresses the above-requested information is attached and may be used to answer the Writ.

    3.    After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and (c)(4), within ten (10) days after service of this Writ upon you, you must mail or deliver the original answer bearing the original signature of the person preparing the answer to the Court at the following address:

> Clerk, United States District Court
> 130 Clay Street, Ste 400S
> Oakland, CA 94612

At the same time you mail or deliver the original answer to the Court, you must also mail or deliver a copy of the original answer to both the defendant and attorney for the United States at the following respective addresses:

> Ninos George
> P.O. Box 673
> Newark, CA 94560

> Julie C. Reagin, Assistant U.S. Attorney
> United States Attorney's Office
> 450 Golden Gate Avenue, 9th Floor
> P.O. Box 36055
> San Francisco, CA 94102

Please note that the attached form answer contains a certificate of service which needs to be completed by the person mailing the copies of the answer to the defendant and the attorney for the United States, and which needs to be filed with the Court along with the answer.

**IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT**

WRIT OF CONTINUING GARNISHMENT
CASE NO. CR-03-40233 CW    3

**FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE THE APPEARANCE DATE. IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEFENDANT'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS). THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO APPEAR.**

SUSAN Y. SOONG,
Clerk of the United States
District Court for the Northern
District of California

*Susan Y. Soong*

Dated: May 26, 2016

By: *Kelly Collins*
Deputy Clerk

WRIT OF CONTINUING GARNISHMENT
CASE NO. CR-03-40233 CW                4